# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| CHARLES SINGER,<br><br>        Plaintiff,<br><br>vs.<br><br>LAS VEGAS ATHLETIC CLUBS,<br><br>        Defendant. | 2:17-cv-01115-GNG-VCF<br>**ORDER** |

      Before the Court is the proposed Discovery Plan and Scheduling Order (ECF No. 8). The discovery plan and scheduling is not signed by defense counsel.

      Accordingly,

      IT IS HEREBY ORDERED that a hearing on the discovery plan and scheduling order (ECF No. 8) is scheduled for 1:00 PM, November 14, 2017, in Courtroom 3D.

      DATED this 24th day of October, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE