# EXHIBIT 1

# DECLARATION OF ELANA TOLIVER

Joel E. Tasca, Esq.
Nevada Bar. No. 14124
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
Stacy H. Rubin, Esq.
Nevada Bar. No. 9298
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
demareel@ballardspahr.com
rubins@ballardspahr.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES SINGER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LAS VEGAS ATHLETIC CLUBS,<br><br>　　　　Defendant. | Case No. 2:17-cv-01115-GMN-VCF<br><br>DECLARATION OF ELANA TOLIVER ON BEHALF OF LAS VEGAS ATHLETIC CLUBS |

I, Elana Toliver, declare as follows:

1. I am the Vice President of Member Services for Las Vegas Athletic Clubs ("LVAC"). As Vice President of Member Services, I have personal knowledge of the facts stated in this declaration and, if called to testify, I could and would testify competently thereto.

2. In my capacity as Vice President of Member Services, I am the duly authorized custodian of the business records attached to this declaration. I am qualified and have the authority to certify such records.

3. The business records attached hereto were made at and around the time of the events that occurred therein and are kept in the ordinary course of business.

4.   Attached hereto as **Exhibit 1-A**, identified as bates nos. LVAC00312-313, is a true and correct copy of LVAC's blank Membership Agreement.

5.   The blank Membership Agreement is provided in carbon copy form and includes all printed language and completed fields of information. LVAC's standard practice is to provide a completed copy of the Membership Agreement form to the member at the time the member signs the Membership Agreement.

6.   When entering into a Membership Agreement, LVAC bargains for a member's consent to receive calls from LVAC at the member's provided phone number. LVAC relies on this provision when entering into a Membership Agreement because the provision enables LVAC to, among other things, efficiently contact a member about any overdue amounts owed to LVAC.

7.   In entering into a Membership Agreement, LVAC also bargains for the member's agreement to make any changes to the contract by a written instrument. LVAC relies on this modification provision when entering into a Membership Agreement because a written instrument helps to ensure that the Membership Agreement is modified with the assent of LVAC's management and that the modification of any Membership Agreement is accurately memorialized.

8.   A true and correct copy of the signed Membership Agreement for Plaintiff Charles Singer ("Plaintiff"), identified as bates nos. LVAC00314-315, is attached hereto as **Exhibit 1-B**.

9.   LVAC has never received a written instrument from Plaintiff to alter the consent-to-be-called provision or any other provision of the Membership Agreement.

10.  LVAC licenses a phone system from Nuxiba Technologies, Inc. (the "Nuxiba phone system") to place collection calls to LVAC members.

11.  To make these collection calls, an LVAC member prepares and then uploads to the Nuxiba phone system a spreadsheet that includes the phone numbers of only the LVAC members in collection.

12. On or about October 8, 2016, Plaintiff defaulted on his monthly membership payments owed to LVAC.

13. To date, Plaintiff owes LVAC a total balance of at least $340.00.

**I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.**

Executed this 27th day of April, 2018.

ELANA TOLIVER
Vice President of Member Services, Las Vegas Athletic Clubs
Las Vegas, Nevada

# EXHIBIT 1-A

# MEMBERSHIP AGREEMENT BETWEEN LAS VEGAS ATHLETIC CLUB ("COMPANY" "SELLER" OR "CLUB") AND

MEMBER # (IF BUYER IS THE NEW MEMBER) _____

## BUYER INFORMATION

| SOCIAL SECURITY NUMBER | MEMBER NAME | HOME PHONE * |
|---|---|---|
| DATE OF BIRTH  M ☐ F ☐ | | |

| ADDRESS | STREET | WORK PHONE | CITY | STATE | E-MAIL | ZIP CODE |

## MEMBERSHIP FOR THE FOLLOWING (COMPLETE ONLY IF DIFFERENT THAN BUYER) MEMBER # _____

| SOCIAL SECURITY NUMBER | MEMBER NAME | HOME PHONE |
|---|---|---|
| DATE OF BIRTH  M ☐ F ☐ | | WORK PHONE |

| ADDRESS | STREET | CITY | STATE | E-MAIL | ZIP CODE |

## PRIMARY CONTRACT DESCRIPTION

The _____ membership includes _____ of the following extra benefits at no additional fee:

By signing this Contract you have purchased a _____ membership for _____

☐ RACQUETBALL - One hour per day maximum.
☐ PERSONAL TRAINING - (3) 1st month/(1) each month thereafter.
☐ JR. MEMBERSHIP - One child only (2 hour per day maximum).

☐ BODY FAT TESTING - One test per month.
☐ TOWEL SERVICE - One towel per visit.
☐ DAY PASSES - Two passes per month.

Jr. Member's Name _____ M ☐ F ☐ D.O.B. _____ Membership # _____

**MEMBERSHIP PRICE.** Amounts paid are not refundable except as stated in this contract. The cost of your primary membership is $ _____ (which includes applicable taxes, if any). Buyer also agrees to pay any new, additional or increased taxes imposed on this contract by state or federal authorities.

| ANNUAL PERCENTAGE RATE AS A YEARLY RATE | FINANCE CHARGE THE DOLLAR AMOUNT THE CREDIT WILL COST YOU | AMOUNT FINANCED THE AMOUNT OF CREDIT PROVIDED TO YOU OR ON YOUR BEHALF | TOTAL OF PAYMENTS THE AMOUNT YOU WILL HAVE PAID AFTER YOU HAVE MADE ALL PAYMENTS AS SCHEDULED | TOTAL SALE PRICE THE TOTAL COST OF YOUR PURCHASE ON CREDIT, INCLUDING YOUR DOWN PAYMENT OF _____ |
|---|---|---|---|---|
| 0% | $ 0 | | | |

### YOUR PAYMENT SCHEDULE WILL BE:

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | WHEN PAYMENTS ARE DUE |
|---|---|---|
| | | YOUR FIRST PAYMENT WILL BE DUE ON _____ AND ON THE SAME DAY OF EACH MONTH THEREAFTER. |

**Late Charge:** You will be charged $5.00 if payment is not made within 10 days of its due date.

**Payment:** If you pay off early, you may be entitled to a refund of part of the Finance Charge. You can refer to this contract for any additional information about prepayment refunds, non-payments, default and any required payment in full before the scheduled date.

**Methods of payment:** Buyer agrees to pay the first and last month's payment and a $3.00 processing fee with any payments of the membership fee for any renewal thereof made by check, money order or any other non-automatic payment method. This will increase each payment by $3.00. Payments made by Electronic Funds Transfer method are not subject to the $3.00 fee. (See automatic payment section on next page.)

BUYER INITIALS _____

**WAIVER AND RELEASE:** You acknowledge the activities offered by the Company involve use of exercise machines and equipment and strenuous physical activity all of which include risk of injury. You understand and accept these risks and agree that use of the Company facilities shall be undertaken at your sole risk. Neither the Company nor any agent, employee, or person associated with the Company shall be liable for injury to you and you hereby release all of them from any claims for injuries to you and your guests whether such claims arise from active or passive negligence on the part of the Company, its successors and assigns or its offices, agents or employees. The Company shall not be responsible or liable to you or your guests for personal articles lost, stolen or damaged including automobiles and contents.

You may cancel this agreement at any time prior to midnight of the third business day after the date of receipt of this agreement by mailing or delivering a signed dated notice, stating that you are canceling this agreement. Such notice shall be sent to the Company at its business address below. Refunds of all monies received will be refunded within 15 days.

Club personnel have no authority to cancel Contracts.

This Company has deposited security with the Consumer Affairs Division of the Department of Commerce in accordance with Nevada Revised Statutes Sec. 598-946.

**THIS IS A RETAIL INSTALLMENT CONTRACT, THE RECEIPT BY THE BUYER OF AN EXECUTED COPY OF WHICH IS HEREBY ACKNOWLEDGED.**

las vegas racquet ball club, inc. d/b/a Las Vegas Athletic Club
2655 S. Maryland Parkway, Suite 201
Las Vegas, NV 89109

LVAC REPRESENTATIVE SIGNATURE _____     BUYER SIGNATURE _____

DATE OF SIGNING _____     Revised 10/10/2008   03

* You are authorizing us to contact you on this phone, by any method, including use of a predictive dialer.

## CREDIT INFORMATION

**AUTOMATIC PAYMENT** Complete this section if you wish to make your membership payments (both primary and any optional payments) by an Automatic Payment. The payments will be automatically deducted from your bank account or credit card in accordance with the terms specified in this contract. You must be authorized signatory for the account specified below. By signing this authorization, you agree that if any debit is returned unpaid, Company may charge you up to a $25.00 processing fee as permitted by law. If your account is past due, the Company may attempt additional debits to bring your account current.

ACCOUNT HOLDER SIGNATURE _____

PAYMENT TYPE: MONTHLY EFT ☐ INVOICE ☐ ACCOUNT TYPE: CHECK ☐ SAV ☐ VISA ☐ MC ☐ AMEX ☐ DISC ☐

ACCOUNT # _____ ROUTING # _____ EXP DATE _____

BANK NAME _____

**ADVERTISING SOURCE**   TV ☐   MAIL ☐   BILLBOARD ☐   COUPON ☐   RADIO ☐   PAPER ☐
YELLOW PAGES ☐   MAGAZINE ☐   REFERRAL ☐   OTHER ☐

### REFERRAL NAMES AT TIME OF ENROLLMENT ONLY

Friends who you think would enjoy a "FREE" 1 week pass to the Las Vegas Athletic Clubs.

REFERRAL NAME _____ PHONE # _____ BEST TIME TO CALL _____
REFERRAL NAME _____ PHONE # _____ BEST TIME TO CALL _____
REFERRAL NAME _____ PHONE # _____ BEST TIME TO CALL _____
REFERRAL NAME _____ PHONE # _____ BEST TIME TO CALL _____
REFERRAL NAME _____ PHONE # _____ BEST TIME TO CALL _____

**IN CASE OF EMERGENCY CONTACT:** NAME _____
PHONE # ( ____ ) _____ ADDRESS _____

### JUNIOR MEMBERSHIP'S

JR MEMBER _____ M ☐ F ☐ DOB _____ JR MEMBER _____ M ☐ F ☐ DOB _____
JR MEMBER _____ M ☐ F ☐ DOB _____ JR MEMBER _____ M ☐ F ☐ DOB _____
JR MEMBER _____ M ☐ F ☐ DOB _____

**MEMBERSHIP EXTENSION OPTION** If member has fulfilled the contractual obligations specified herein, the membership may be extended at the low monthly rate of $ _____ per person per month. This rate will be increased by a $3.00 processing fee for any non-automatic payment method. I understand that a Fitness Plus membership renewal does not include options. I agree to continue this membership and abide by the terms herein until the date I notify you in writing otherwise. If renewal fee is not paid when due, the fee will increase to the current rate each year thereafter.

BUYER INITIALS _____

ATTACH ID HERE          ATTACH ID HERE          ATTACH RECEIPT HERE

## ADDITIONAL CONDITIONS OF MEMBERSHIP

**NOTE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED THE AMOUNT PAID BY THE DEBTOR HEREUNDER.**

**DEFAULT:** You will be in Default if you breach any of this Contract's terms or conditions, or if you fail to pay any payment, including renewal payment, within 30 days after the date when such payment is due, or if you repudiate this Contract in writing. Payments that are in default may be subject to a finance charge of 2% per month until paid (not applicable to renewal payments). If you are in Default, your membership privileges may be denied. The acceptance of any payment after default will not release Buyer from any other obligation under this Contract.

Buyer shall not be relieved of obligations to make any payments of the membership fee herein agreed to, and no deduction or allowance from any of said payments shall be made, by reason of absence or withdrawal of Member from the health club, or by reason of Member's failure to attend or use the health club.

This Contract may be assigned by Seller and, if so assigned, the words "Company" and "Seller" will also mean the Company to which this Contract is assigned or transferred. If this Contract is assigned, the assignee shall have and be entitled to exercise any and all of the rights and powers of the Seller hereunder, but (notwithstanding anything in this Contract to the contrary) assignee shall not be chargeable with any obligations to liabilities of Seller hereunder or with respect thereto.

Memberships are not transferable unless their description in the paragraph called "Membership Plans" specifies otherwise. If this membership is not transferable, neither Buyer nor Member may sell, assign, or transfer this Contract, his membership card or membership in Seller, or any other right or privilege, and any such attempted sale, assignment or transfer shall be null and void. Member may not loan his membership card to anyone. Violation of this provision will result in termination of your membership. As damages would not be easily determined, there will be no refund of monies you have paid to the company.

The Company may report the payment experience of your Membership Contract account with us to a credit reporting service.

During the Contract term if you are physically unable to use the facility for more than two months and a physician confirms the condition in writing, you are entitled to freeze the contract for three-month intervals during the time you are disabled. After you recover, you are then entitled to an extension of the Contract for a period equal to the time of the disability. If you are permanently disabled, you may cancel the Contract and receive a pro rata refund of the amount you have paid. Your membership must be paid up through the month of freeze or cancellation. Your cancellation is effective on the date we receive the proper documents. Membership fees will continue to be billed during the period of a freeze and an extension equivalent to the term of the freeze will be added to the end of the term of contract. A freeze for any reason other than medical maybe subject to a $25.00 administrative fee.

A.) If Member permanently moves more than 20 miles one way from any of our clubs and is unable to transfer this Contract to a comparable facility, Buyer shall be relieved from the obligations of making payments applicable to Member's membership for services other than those received prior to notification of the move.  B.) Member will be required to adhere to the rules of any club to which Member transfers his or her membership.  C.) To cancel a membership under this paragraph, your contract must be paid up through the month you cancel and you send to our office any two of the following as proof of Member's new permanent residence: a current and valid lease, a utility bill, a bank statement or credit card bill, a yellow change of address label indicating mail was forwarded to your new address by the post office, or your new driver's license with issue date. You must also return this Contract, Member's membership card and any other documents received at or after this Contract was signed evidencing Member's membership in the health club. Following cancellation, you will be relieved from the obligation of making payment for services other than those services received prior to cancellation and if you have prepaid for health club services, you will receive a pro rata refund of the membership fee paid which are allocable to services which Member has not taken. All cancellations under this paragraph are subject to a $50.00 per person cancellation fee. Your cancellation is effective on the date we receive the proper documents, cancel fee and any membership fees that are due prior to cancellation.

If a club is closed for more than 1 month, you are entitled to extend the Contract for a period equal to the time the club is closed or receive a pro rata refund of the amount paid pursuant to the Contract. You may use any of our other facilities or cancel this Contract if your club of enrollment permanently closes. You will be required to adhere to the rules of any club which you transfer your membership. To cancel under this paragraph, your contract must be paid up through the month such club closes. Following cancellation, you will receive a pro rata refund of any membership fee paid in advance which are allocable to months after the club closing.

Any refund check will be issued after a minimum of 10 business days.

10. Except as prevented by Act of Nature, war, strike and other causes beyond its control, Seller shall, during the term of Member's membership, maintain its health club facilities and the supervision thereof substantially as at the date of this Contract. Seller reserves the right and privilege at any time hereafter to close any of its facilities or alter the hours of operation, and the privileges and rights granted to Member herein to use the facilities and equipment shall not be understood to mean that Seller guarantees to maintain any particular location or all of its existing facilities and health clubs. Classes, programs, equipment, facilities, and amenities are available subject to demand if demand fluctuates or if deemed necessary by the Seller.

11. Buyer and Member warrant, represent and agree that Member is in good physical condition and that he has no disability, impairment or ailment preventing him from engaging in active or passive exercise or that will be detrimental or inimical to his health, safety, comfort, or physical condition or that of others if he does so engage or participate. Member represents that he will not use the facilities when any open cuts, abrasions, open sores, infections, maladies with potential of harm to others, or otherwise in accordance with local health requirements. The management of each club shall have the final determination in this regard.

12. RULES OF THE CLUB. Member agrees to keep and obey all rules and regulations now in force or in the future prescribed by the Company, or its associated health clubs, for the use of health clubs and the equipment and facilities therein including rules with respect to lockers, uniforms, and personal hygiene and the Company reserves the right to revoke this membership if Member fails to keep and obey any of such rules and regulations or for reasons of nuisance, disturbance of other members, moral turpitude or fraud. Buyer and Member shall comply with the following rules and regulations and all other rules and regulations of the health club;

a. Upon entering the health club, Member shall deliver Member's membership card to the receptionist (and show other identification if requested by club personnel) and shall enter their name and card number in the register at the reception desk.

b. There is a charge for any non-member to use the club. This fee includes the use of all club facilities for that visit. All guests must sign a waiver before using the club and leave a valid ID at the front desk. A guest pass can be issued to introduce your friends to the club. Your guest must be at least 18 years old, a Las Vegas resident, and never have been a Las Vegas Athletic Clubs guest before.

c. Member shall be subject to the control and guidance of the health club's staff and follow the staff while in the health club. Members agree to conduct themselves in a quiet and well-mannered fashion when in or about the health club so as not to cause any disturbances which would interfere with the use and enjoyment of the health club by other Members and guests. Under no circumstances shall member move exercise equipment about, or use the equipment in any manner not authorized by health club's management. Any complaints, other than those of an emergency nature or requiring immediate action by the health club's personnel, shall be made directly to the manager, in private, so as to avoid possible embarrassment to other Members. Member agrees to keep and obey all rules and procedures now in force or in the future promulgated by the health club. The provisions of this paragraph are vital to the successful operation of the health club. A violation of any of these provisions by Member could cause injury to Member or to other persons using the health club, injury to the reputation of the health club, damage to property belonging to the health club and other persons, or interference with other persons' rights.

d. Dress Code. Member and guests are required to wear clothing that is clean and conforms to the Seller's Dress Code announced from time to time.

e. Lockers are for daily use only. In no event will anyone be permitted to leave locks overnight on lockers. All locks left overnight will be removed and contents donated to charity. Seller's not responsible for loss, theft of, or damage to, personal property of Members and guests.

f. It is prohibited for any Members or guests to conduct any commercial business or activity, or solicit any business competitive with that of the health club (including personal trainer services), from the health club premises without prior, express, written consent of management. The Company will seek to recover any revenues received by Member or guest in violation of this policy and attorneys fees and court costs incurred in that regard. It is prohibited for any Member or guest to purchase or subscribe to any such prohibited business activity.

g. THE HEALTH CLUB MAY REVOKE THIS MEMBERSHIP IF MEMBER FAILS TO OBEY THE RULES OF THE HEALTH CLUB.

14. A $25.00 fee or the maximum amount permitted by law (including costs and expenses incurred by Seller in connection with the collection of any returned check or other item) will be charged for any returned check or other payment type.

15. In the event that the Member shall claim that his membership card is lost, stolen or destroyed, Seller may require an affidavit setting forth the relevant circumstances and the payment of a $12.00 service fee before issuing a replacement card.

16. This Contract constitutes the entire and exclusive agreement between the parties. Any promises, representations, understandings and/or agreements pertaining directly or indirectly to this Contract which are not contained herein, are hereby waived. This Contract may be modified only by an instrument in writing; however, Seller or assignee of this Contract is hereby authorized to correct patent errors in this Contract (and in other documents, if any, executed in connection herewith) and Buyer may verbally authorize payment of the outstanding balance of the membership fee. At Seller's option, this Contract will be null and void if it is not completed by Seller's employee in accordance with Seller's then current price and payment programs. No change to any printed term of this contract shall be valid.

17. This contract is governed by the laws of the state in which it is signed, and to the extent preempted, by law of the United States.

18. If any particular provision of this Contract is invalid, the same shall not affect the other provisions hereof.

19. The Company can delay enforcing its rights under the Contract without losing them.

20. Seller shall provide the services it has agreed to provide under this Contract within six months from the date of this Contract.

21. **MEMBERSHIP PLANS**

**FITNESS PLUS** membership entitles Member to use all facilities of the company, at all times as such are open, except "Extra Benefits" including racquetball, body fat testing, personal training, day passes and towel service. These may be purchased, individually, for a nominal fee.

**FITNESS PLUS JR. MEMBER (ages 6 weeks thru 13 years)** membership is for the term of months selected by Member as indicated on the front side of this contract. JR. MEMBER (ages 6 weeks thru 13 years) membership entitles member to use all available programs, activities, equipment, and games in the Playroom "Playroom") for a maximum of 2 hours per day. Jr. members are entitled to use all available programs, activities, equipment, and games in the Playroom area. The Jr. Member recreation area provides supervision and attendants at no charge to the member.

**PREMIER** membership entitles Member to use all facilities of the Company, at all times as such are open, including three (3) of the following: one hour of reserved racquetball court time per day, one free towel per day, one Jr. member membership (two hour per day maximum), body fat testing once per month, day pass twice per month, and/or personal training sessions once per month (with two bonus sessions in the 1st month). All other "Extra Benefits" may be purchased, individually, for a nominal fee. Changes to your "Extra Benefits" choices will be allowed at no charge for the first time. After the first change a $25.00 transfer fee will be charged thereafter a change is made. PREMIER membership is for the term of months selected by the Member as indicated on the front of this Contract.

**PLATINUM** membership entitles Member to use all facilities of the Company, at all times as such are open, including ALL of the following: one hour of reserved racquetball court time per day, one free towel per day, one Jr. member membership (two hour per day maximum), body fat testing once per month, day pass twice per month, and personal training sessions once per month (with two bonus sessions in the 1st month). Additional "Extra Benefits" may be purchased, individually, for a nominal fee.

22. **AUTOMATIC PAYMENT OPTION.** If you have elected an Automatic Payment Option (APO), you are authorizing the Company or its' affiliated companies to make charges or withdrawals to the accounts you have specified in this Contract for the membership fee (until paid in full). You understand that you are entitled to notice of all varying charges/withdrawals and you waive the right to receive prior notice if increases do not exceed 10% of your then-current total monthly charges/withdrawals, or relate to past due payments on your account. If your account is in arrears you agree to permit the Company to attempt additional withdrawals to collect past due amounts. If you notify the Company that you choose to prepay the outstanding balance of your membership fee, the Company may charge or withdraw from your account for such a balance. If for any reason, you do not continue to make payments through an APO, you agree to make payments through the Company's regular credit plan. If you remove your account from APO there will be a $3.00 fee added to your monthly payment. Your APO election will remain in effect unless and until you give written notice of termination to the Company and it has reasonable opportunity to act on that notice or you timely notify your bank.

# EXHIBIT 1-B

# MEMBERSHIP AGREEMENT BETWEEN LAS VEGAS ATHLETIC ("CLUB") AND

MEMBER #(IF BUYER IS THE NEW MEMBER) NO _____

## BUYER INFORMATION

| SOCIAL SECURITY NUMBER | MEMBER NAME | HOME PHONE | WORK PHONE | E-MAIL |
|---|---|---|---|---|
| DATE OF BIRTH M☒ F☐ | Charles Singer | | | |

ADDRESS: _____ STREET _____ CITY: ELV STATE: NV ZIP: 89131

## MEMBERSHIP FOR THE FOLLOWING (COMPLETE ONLY IF DIFFERENT THAN BUYER)

SOCIAL SECURITY NUMBER | MEMBER NAME | HOME PHONE | WORK PHONE | E-MAIL | MEMBER #

DATE OF BIRTH M☐ F☐
ADDRESS: STREET CITY STATE ZIP CODE

## PRIMARY CONTRACT DESCRIPTION

By signing this Contract you have purchased a **Fitness** membership for **2/2/22** (which includes applicable taxes, if any). Buyer also agrees to pay any new, additional or increased taxes imposed on this contract by state or federal authorities.

The ☐ **Fitness** membership includes ____ of the following extra benefits at no additional fee:

☐ RACQUETBALL - One hour per day maximum.
☐ PERSONAL TRAINING - (3) is month/(1) each month thereafter.
☐ JR. MEMBERSHIP- One child only (2 hour per day maximum).
Jr. Member's Name _____ M☐ F☐ D.O.B. _____
☐ BODY FAT TESTING - One test per month.
☐ TOWEL SERVICE - One towel per visit.
☐ DAY PASSES - Two passes per month.

MEMBERSHIP PRICE Amounts paid are not refundable except as stated in this contract. The cost of your primary membership is $ **Cost** Membership # **Cost**

| ANNUAL PERCENTAGE RATE AS A YEARLY RATE | FINANCE CHARGE THE DOLLAR AMOUNT THE CREDIT WILL COST YOU | AMOUNT FINANCED THE AMOUNT OF CREDIT PROVIDED TO YOU OR ON YOUR BEHALF | TOTAL OF PAYMENTS THE TOTAL AMOUNT YOU WILL HAVE PAID AFTER YOU HAVE MADE ALL PAYMENTS AS SCHEDULED | TOTAL SALE PRICE THE TOTAL COST OF YOUR PURCHASE ON CREDIT, INCLUDING YOUR DOWN PAYMENT OF |
|---|---|---|---|---|
| 0% | $0 | $23 | $535.58 | $10 Cost |

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | YOUR FIRST PAYMENT WILL BE DUE ON 10/2/15 AND ON THE SAME DAY OF EACH MONTH THEREAFTER | WHEN PAYMENTS ARE DUE PAYMENT OF Cost |
|---|---|---|---|
| 23 | $23.28 | | |

YOUR PAYMENT SCHEDULE WILL BE:

Late Charge: You will be charged $5.00 if payment is not made within 10 days of its due date.
Payment: If you pay off early, You may be entitled to a refund of part of the Finance Charge. You can refer to this contract for any additional information about prepayment, refunds, non-payments, default and any required payment in full before the scheduled date.
Methods of payment: Buyer agrees to pay the first and last month's payment and a $3.00 processing fee with any payments of the membership fee or renewal thereof made by check, money order or any other non-automatic payment method. This will increase each payment by $3.00. Payments made by Electronic Funds Transfer method are subject to the $3.00 fee. (See automatic payment section on next page)

BUYER INITIALS ___

WAIVER AND RELEASE: You acknowledge the activities offered by the Company involve use of exercise machines and equipment and strenuous physical activity all of which include risk of injury. You understand and accept these risks and agree that use of the Company facilities shall be undertaken at your sole risk. Neither the Company nor any agent, employee, or person associated with the Company shall be liable for injury to you and you hereby release all of them from any claims for injuries or damage to you and your guests whether such claims arise from active or passive negligence on the part of the Company, its successors and assigns or its offices, agents or employees. The Company shall not be responsible or liable to you or your guests for personal articles lost, stolen or damaged including automobiles and contents.

You may cancel this agreement at any time prior to midnight of the third business day after the date of receipt of this agreement by mailing or delivering a signed dated notice, stating that you are canceling this agreement. Such notice shall be sent to the Company at its business address below. Refunds of all monies received will be refunded within 15 days.

Club personnel have no authority to cancel Contracts.
This Company has deposited security with the Consumer Affairs Division of the Department of Commerce in accordance with Nevada Revised Statutes Sec. 598-946.
THIS IS A RETAIL INSTALLMENT CONTRACT. THE RECEIPT BY THE BUYER OF AN EXECUTED COPY OF WHICH IS HEREBY ACKNOWLEDGED.

las vegas racquet ball club, inc. d/b/a Las Vegas Athletic Club
2655 S. Maryland Parkway, Suite 201
Las Vegas, NV 89109

_____       _____
LVAC REPRESENTATIVE SIGNATURE         BUYER SIGNATURE
DATE OF SIGNING  9/2/15                   Revised 10/10/2008   03

* You are authorizing us to contact you on this phone by any method, including use of a predictive dialer.

---

## CREDIT INFORMATION

AUTOMATIC PAYMENT: Complete this section if you wish to make your membership payments (both primary and any optional payments) by an Automatic Payment The payments will be automatically deducted from your bank account or credit card in accordance with the terms specified in this contract. You must be authorized signatory for the account specified below. By signing this authorization, you agree that if any debit is returned unpaid, Company may charge you up to a $25.00 processing fee as permitted by law. If your account is past due, the Company may attempt additional debits to bring your account current.

| PAYMENT TYPE | MONTHLY EFT☐ | INVOICE☐ | ACCOUNT HOLDER SIGNATURE ____ | CHECK☐ | SAV☐ | VISA☒ | MC☐ | AMEX☐ | DISC☐ |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT # | | | ACCOUNT TYPE | | | | | EXP DATE | |

BANK NAME: _____  ROUTING # _____

ADVERTISING SOURCE: TV☐ MAIL☐ BILLBOARD☐ COUPON☐ RADIO☐ PAPER☐ YELLOW PAGES☐ MAGAZINE☐ REFERRAL☒ OTHER☐

### REFERRAL NAMES AT TIME OF ENROLLMENT ONLY

Friends who you think would enjoy a "FREE" 1 week pass to the Las Vegas Athletic Clubs.

REFERRAL NAME _____ PHONE # _____ BEST TIME TO CALL _____
REFERRAL NAME _____ PHONE # _____ BEST TIME TO CALL _____
REFERRAL NAME _____ PHONE # _____ BEST TIME TO CALL _____
REFERRAL NAME _____ PHONE # _____ BEST TIME TO CALL _____
REFERRAL NAME _____ PHONE # _____ BEST TIME TO CALL _____

IN CASE OF EMERGENCY CONTACT: NAME N/A
PHONE # (___) ___   ADDRESS N/A

### JUNIOR MEMBERSHIP'S

JR MEMBER _____ M☐ F☐ DOB _____ JR MEMBER _____ M☐ F☐ DOB _____
JR MEMBER _____ M☐ F☐ DOB _____ JR MEMBER _____ M☐ F☐ DOB _____

MEMBERSHIP EXTENSION OPTION If member has fulfilled the contractual obligations specified herein, the membership may be extended at the low monthly rate of $ **23** per person per month. This rate will be increased by a $3.00 processing fee for any non-automatic payment method. I understand that a Fitness Plus membership renewal does not include options. I agree to continue this membership and abide by the terms herein until the date I notify you in writing otherwise. If renewal fee is not paid when due, the fee will increase to the current rate each year thereafter.

BUYER INITIALS ___

ATTACH RECEIPT HERE

```
LasVegas
ATHLETIC
CLUBS
www.LVAC.com

09/02/2015      #1
9:26AM  New Member    $10.00
                          TOTAL    $10.00
                     Visa          $10.00
                     CHANGE        $0.00

SINGER/CHARLES
VISA                               $10.00
```

Signature _____
agree to pay the above items

NORTH

**NOTE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED THE AMOUNT PAID BY THE DEBTOR HEREUNDER.**

## ADDITIONAL CONDITIONS OF MEMBERSHIP

1. **DEFAULT:** You will be in Default if you breach any of this Contract's terms or conditions, or if you fail to pay any payment, including renewal payment, within 30 days after the date when such payment is due, or if you repudiate this Contract in writing. Payments that are in default may be subject to a finance charge of 2% per month until paid (not applicable to renewal payments). If you are in Default, your membership privileges may be denied. The acceptance of any payment after default will not release Buyer from any other obligation under this Contract.

2. Buyer shall not be relieved of obligations to make any payments of the membership fee herein agreed to, and no deduction or allowance from any of said payments shall be made, by reason of absence or withdrawal of Member from the health club, or by reason of Member's failure to attend or use the health club.

3. This Contract may be assigned by Seller and, if so assigned, the words "Company" and "Seller" will also mean the Company to which this Contract is assigned or transferred. If this Contract is assigned, the assignee shall have and be entitled to exercise any and all of the rights and powers of the Seller hereunder, but (notwithstanding anything in this Contract to the contrary) assignee shall not be chargeable with any obligations or liabilities of Seller hereunder or with respect thereto.

4. Memberships are not transferable unless their description in the paragraph called "Membership Plans" specifies otherwise. If this membership is not transferable, neither Buyer nor Member may sell, assign, or transfer this Contract, his membership card or membership in Seller, or any other right or privilege, and any such attempted sale, assignment or transfer shall be null and void. Member may not loan his membership card to anyone. Violation of this provision will result in termination of your membership. As damages would not be easily determined, there will be no refund of monies you have paid to the company.

5. The Company may report the payment experience of your Membership Contract account with us to a credit reporting service.

6. During the Contract term if you are physically unable to use the facility for more than two months and a physician confirms the condition in writing, you are entitled to freeze the contract for three-month intervals during the time you are disabled. After you recover, you are then entitled to an extension of the Contract for a period equal to the time of the disability. If you are permanently disabled, you may cancel the Contract and receive a pro rata refund of the amount you have paid. Your membership must be paid up through the month of freeze or cancellation. Your cancellation is effective on the date we receive the proper documents. Membership fees will continue to be billed during the period of a freeze and an extension equivalent to the term of the freeze will be added to the end of the term of contract. A freeze for any reason other than medical maybe subject to a $25.00 administrative fee.

7. A.) If Member permanently moves more than 20 miles one way from any of our clubs and is unable to transfer this Contract to a comparable facility, Buyer shall be relieved from the obligations of making payments applicable to Member's membership for services other than those received prior to notification of the move. B.) Member will be required to adhere to the rules of any club to which Member transfers his or her membership. C.) To cancel a membership under this paragraph, your contract must be paid up through the month you cancel and you send to our office any two of the following as proof of Member's new permanent residence: a current and valid lease, a utility bill, a bank statement or credit card bill, a yellow change of address label indicating mail was forwarded to your new address by the post office, or your new driver's license with issue date. You must also return this Contract, Member's membership card and any other documents received at or after this Contract was signed evidencing Member's membership in the health club. Following cancellation, you will be relieved from the obligation of making payment for services other than those services received prior to cancellation and if you have prepaid for health club services, you will receive a pro rata refund of the membership fee paid which are allocable to services which Member has not taken. All cancellations under this paragraph are subject to a $50.00 per person cancellation fee. Your cancellation is effective on the date we receive the proper documents, cancel fee and any membership fees that are due prior to cancellation.

8. If a club is closed for more than 1 month, you are entitled to extend the Contract for a period equal to the time the club is closed or receive a pro rata refund of the amount paid pursuant to the Contract. You may use any of our other facilities or cancel this Contract if your club of enrollment permanently closes. You will be required to adhere to the rules of any club which your transfer your membership. To cancel under this paragraph, your contract must be paid up through the month such club closes. Following cancellation, you will receive a pro rata refund of any membership fee paid in advance which are allocable to months after the club closing.

9. Any refund check will be issued after a minimum of 10 business days.

10. Except as prevented by Act of Nature, war, strike and other causes beyond its control, Seller shall, during the term of Member's membership, maintain its health club facilities and the supervision thereof substantially as at the date of this Contract. Seller reserves the right and privilege at any time hereafter to close any of its facilities or alter the hours of operation, and the privileges and rights granted to Member herein to use the facilities and equipment shall not be understood to mean that Seller guarantees to maintain any particular location or all its existing facilities and health clubs. Classes, programs, equipment, facilities, and amenities are available subject to demand if demand fluctuates or if deemed necessary by the Seller.

11. Buyer and Member warrant, represent and agree that Member is in good physical condition and that he has no disability, impairment or ailment preventing him from engaging in active or passive exercise or that will be detrimental or inimical to his health, safety, comfort, or physical condition or that of others if he does so engage or participate. Member represents that he will not use the facilities when any open cuts, abrasions, open sores, infections, maladies with potential of harm to others, or otherwise in accordance with local health requirements. The management of each club shall have the final determination in this regard.

12. **RULES OF THE CLUB.** Member agrees to keep and obey all rules and regulations now in force or in the future prescribed by the Company, or its associated health clubs, for the use of health clubs and the equipment and facilities therein including rules with respect to lockers, uniforms, and personal hygiene and the Company reserves the right to revoke this membership if Member fails to keep and obey any of such rules and regulations or for reasons of nuisance, disturbance of other members, moral turpitude or fraud. Buyer and Member shall comply with the following rules and regulations and all other rules and regulations of the health club:

a. Upon entering the health club, Member shall deliver Member's membership card to the receptionist (and show other identification if requested by club personnel) and shall enter their name and card number in the register at the reception desk.

b. There is a charge for any non-member to use the club. This fee includes the use of all club facilities for that visit. All guests must sign a waiver before using the club and leave a valid ID at the front desk. A guest pass can be issued to introduce your friends to the club. Your guest must be at least 18 years old, a Las Vegas resident, and never have been a Las Vegas Athletic Clubs guest before.

c. Member shall be subject to the control and guidance of the health club's staff and follow the staff while in the health club. Members agree to conduct themselves in acquiet and well-mannered fashion when in or about the health club's staff and follow the staff while in the health club. Members agree to conduct use and enjoyment of the health club by other Members or guests, and under no circumstances shall member move exercise equipment about, or use the harass, molest, budget or solicit other Members or guests, and under no circumstances shall member move exercise equipment about, or use the equipment in any manner not authorized by health club's management. Any complaints, other than those of an emergency nature or requiring immediate action by the health club's personnel, shall be made directly to the manager, in private, so as to avoid possible embarrassment to other Members. Member agrees to keep and obey all rules and procedures now in force or in the future promulgated by the health club. The provisions of this paragraph are vital to the successful operation of the health club. A violation of any of these provisions by Member could cause injury to Member or to other persons using the health club, injury to the reputation of the health club, damage to property belonging to the health club and other persons, or interference with other persons' rights.

d. Dress Code. Member and guests are required to wear clothing that is clean and conforms to the Seller's Dress Code announced from time to time.

e. Lockers are for daily use only. In no event will anyone be permitted to leave locks overnight on lockers. All locks left overnight will be removed and contents donated to charity. Seller is not responsible for loss, theft of, or damage to, personal property of Members and guests.

f. It is prohibited for any Members or guests to conduct any commercial business or activity, or solicit any business competitive with that of the health club (including personal trainer services), from the health club premises without prior, express, written consent of management. The Company will seek to recover any revenues received by Member or guest in violation of this policy and attorneys fees and court costs incurred in that regard. It is prohibited for any Member or guest to purchase or subscribe to any such prohibited business activity.

g. **THE HEALTH CLUB MAY REVOKE THIS MEMBERSHIP IF MEMBER FAILS TO OBEY THE RULES OF THE HEALTH CLUB.**

14. A $25.00 fee or the maximum amount permitted by law (including costs and expenses incurred by Seller in connection with the collection of any returned check or other item) will be charged for any returned check or other payment type.

15. In the event that the Member shall claim that his membership card is lost, stolen or destroyed, Seller may require an affidavit setting forth the relevant circumstances and the payment of a $12.00 service fee before issuing a replacement card.

16. This Contract constitutes the entire and exclusive agreement between the parties. Any promises, representations, understandings and/or agreements pertaining directly or indirectly to this Contract which are not contained herein, are hereby waived. This Contract may be modified only by an instrument in writing; however, seller or assignee of this Contract is hereby authorized to correct patent errors in this Contract (and in other documents, if any, executed in connection herewith) and Buyer may verbally authorize payment of the outstanding balance of the membership fee. At Seller's option, this Contract will be null and void if it is not completed by Seller's employee in accordance with Seller's then current price and payment programs. No change to any printed term of this contract shall be valid.

17. This contract is governed by the laws of the state in which it is signed, and to the extent preempted, by law of the United States.

18. If any particular provision of this Contract is invalid, the same shall not affect the other provisions hereof.

19. The Company can delay enforcing its rights under the Contract without losing them.

20. Seller shall provide the services it has agreed to provide under this Contract within six months from the date of this Contract.

21. **MEMBERSHIP PLANS**
**FITNESS PLUS** membership entitles Member to use all facilities of the company, at all times as such are open, except "Extra Benefits" including racquetball, body fat testing, personal training, day passes and towel service. These may be purchased, individually, for a nominal fee.
**FITNESS PLUS JR. MEMBER** membership is for the term of months selected by Member as indicated on the front side of this contract.
**JR. MEMBER** (ages 6 weeks thru 13 years) membership entitles member to use the Jr. member recreation area (commonly referred to as the "Playroom") for a maximum of 2 hours per day. Jr. members are entitled to use all available programs, activities, equipment, and games in the Playroom area. The Jr. Member recreation area provides supervision and attendants at no charge to the member.
**PREMIER** membership entitles Member to use all facilities of the Company, at all times as such are open, including ALL of the following: one hour of reserved racquetball court time per day, one free towel per day, one Jr. member membership (two hour per day maximum), body fat testing once per month, day pass use twice per month, and/or personal training sessions once per month (with two bonus sessions in the 1st month). All other "Extra Benefits" may be purchased, individually, for a nominal fee. Changes to your "Extra Benefits" choices will be allowed at no charge for the first time. After the first change a $25.00 transfer fee will be charged thereafter a change is made. PREMIER membership is for the term of months selected by the Member as indicated on the front of this Contract.
**PLATINUM** membership entitles Member to use all facilities by the Company, at all times as such are open, including ALL of the following: one hour of reserved racquetball court time per day, one free towel per day, one Jr. member membership (two hour per day maximum), body fat testing once per month, day pass use twice per month, and personal training sessions once per month (with two bonus sessions in the 1st month). Additional "Extra Benefits" may be purchased, individually, for a nominal fee.

22. **AUTOMATIC PAYMENT OPTION.** If you have elected an Automatic Payment Option (APO), you are authorizing the Company or its' affiliated companies to make charges or withdrawals to the accounts you have specified in this Contract for the membership fee (until paid in full). You understand that you are entitled to notice of all varying charges/withdrawals and you waive the right to receive prior notice if increases do not exceed 10% of your then-current total monthly charges/withdrawals or relate to past due payments on your account. If your account is in arrears you agree to permit the Company to attempt additional withdrawals to recover said past due amounts. If you notify the Company that you choose to prepay the outstanding balance of your membership fee, the Company may charge or withdraw from your account for such a balance. If for any reason, you do not continue to make payments through an APO, you agree to make payments through the Company's regular credit plan. If you remove your account from APO there will be a $3.00 fee added to your monthly payment. Your APO election will remain in effect unless and until you give written notice of termination to the Company and it has reasonable opportunity to act on that notice or you timely notify your bank.