Price Law Group, APC
Steven A. Alpert, NV #8353
420 S. Jones Blvd.
Las Vegas Nevada, 89107
T: (702) 794-2008
E: alpert@pricelawgroup.com

Tarek N. Chami, MI #P76407
Admitted Pro Hac Vice
16030 Michigan Ave, Suite 215
Dearborn, MI 48126
T: (818) 205-2432
tarek@pricelawgroup.com

Attorneys for Plaintiff Charles Singer

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLES SINGER,<br><br>        Plaintiff,<br><br>    v.<br><br>LAS VEGAS ATHLETIC CLUBS,<br><br>        Defendant(s). | **Case No.: CV-2:17-01115-GMN-VCF**<br><br>**NOTICE OF SETTLEMENT** |

    NOTICE IS HEREBY GIVEN that Plaintiff Charles Singer and Defendant Las Vegas Athletic Clubs, have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulated Dismissal with Prejudice within the next sixty (60) days.

Plaintiff kindly requests the Court vacate any pending deadlines in this matter. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 11th day of April 2019.

                                                PRICE LAW GROUP, APC

                                                By:/s/ Tarek Chami
                                                Tarek Chami, MI #P76407
                                                Admitted Pro Hac Vice
                                                tarek@pricelawgroup.com
                                                Steven A. Alpert, NV #8353
                                                alpert@pricelawgroup.com

                                                *Attorneys for Plaintiff Charles Singer*

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail

/s/Maria Marsceill