Joel E. Tasca, Esq.
Nevada Bar No. 14124
Lindsay C. Demaree, Esq.
Nevada Bar No. 11949
Stacy H. Rubin, Esq.
Nevada Bar No. 9298
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
demareel@ballardspahr.com
rubins@ballardspahr.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES SINGER,<br><br>       Plaintiff,<br><br>vs.<br><br>LAS VEGAS ATHLETIC CLUBS,<br><br>       Defendant. | Case No. 2:17-cv-01115-GMN-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Charles Singer ("Plaintiff") and Defendant Smith-Palluck Associates Corp., d/b/a Las Vegas Athletic Clubs ("LVAC") (together, the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate to and agree, as follows:

1. The Parties have entered into a confidential settlement agreement with respect to this action.

DMWEST #36800207 v1

2.     The Parties have resolved all of their claims and disputes, and stipulate and agree to the dismissal of all claims among them with prejudice, with each party to bear its own costs and fees.

DATED this 15th day of May, 2019.

| PRICE LAW GROUP, APC | BALLARD SPAHR LLP |
|---|---|
| By: /s/ Tarek N. Chami<br>Tarek Chami, Esq.<br>(*admitted pro hac vice*)<br>16030 Michigan Avenue<br>Suite 215<br>Detroit, Michigan 48126<br><br>Steven A. Alpert, Esq.<br>Nevada Bar No. 8353<br>420 S. JONES BLVD.,<br>7854 W. Sahara Avenue<br>Las Vegas, Nevada 89107 | By: /s/ Joel E. Tasca<br>Joel E. Tasca, Esq.<br>Nevada Bar No. 14124<br>Lindsay C. Demaree, Esq.<br>Nevada Bar No. 11949<br>Stacy H. Rubin, Esq.<br>Nevada Bar No. 9298<br>1980 Festival Plaza Drive, Suite 900<br>Las Vegas, Nevada 89135<br><br>*Attorneys for Defendant* |

*Attorneys for Plaintiff*

## ORDER

Based upon the Parties' above-referenced stipulation, and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION **is DISMISSED with prejudice**, each party to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

DATED this __14__ day of May, 2019.        _____
Gloria M. Navarro, Chief Judge
United States District Court